UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY BROWN,<br><br>Petitioner,<br><br>v.<br><br>DAVID BAUGHMAN,<br><br>Respondent. | No. 2: 20-cv-1746 JAM KJN P<br><br><br><br>ORDER |

Petitioner has requested a sixty days extension of time to file an opposition to defendant's November 6, 2020 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 21) is granted; and

2. Petitioner shall file an opposition within sixty days from the date of this order.

Dated:  December 14, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

brow1746.111