1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MARK ANTHONY BROWN,                    No.  2: 20-cv-1746 JAM KJN P

12                    Petitioner,

13         v.                                 ORDER

14    DAVID BAUGHMAN,

15                    Respondent.

16

17         Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  For the reasons stated herein, petitioner's August 4, 2021

19    motion for an extension of time to file an opposition to respondent's motion to dismiss is granted.

20         On July 21, 2021, the undersigned granted petitioner thirty days to file an opposition to

21    respondent's motion to dismiss.  (ECF No. 38.)  The undersigned ordered that no further

22    extensions of time would be granted.  (Id.)

23         In the pending motion, petitioner alleges that on June 22, 2021, he was attacked by other

24    inmates.  (ECF No. 39.)  Petitioner alleges that he is being held in administrative segregation

25    without his legal property related to this case.  (Id.)  Petitioner alleges that he requested his legal

26    property but has not yet received it.  (Id.)

27         Good cause appearing, petitioner's motion for an extension of time is granted.  If

28    petitioner is not granted access to his legal property within thirty days, he shall inform the court

                                            1

1    of his attempts to obtain his legal property, including when his requests for access to his legal

2    property were made and to whom.

3        Accordingly, IT IS HEREBY ORDERED that petitioner's motion for an extension of time

4    to file his opposition to respondent's motion to dismiss (ECF No. 39) is granted; petitioner's

5    opposition is due within thirty days of the date of this order; no further requests for extension of

6    time will be granted but for a showing of substantial cause, as discussed in this order.

7    Dated:  August 12, 2021

8

9                               KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

10

11    Br1746.eot

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28