UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY BROWN,<br><br>        Petitioner,<br><br>     v.<br><br>DAVID BAUGHMAN,<br><br>        Respondent. | No.  2: 20-cv-1746 JAM KJN P<br><br><br>ORDER |

      Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  As discussed in the September 22, 2021 order, petitioner sought multiple extensions of time to file an opposition to respondent's motion to dismiss based, in part, on alleged denial of access to his legal property.  On September 22, 2021, the undersigned ordered respondent to inform the court of the status of petitioner's access to his legal property.

      On November 5, 2021, respondent filed a status report stating that petitioner is currently in possession of all of his legal property with no special restrictions.  Respondent also states that petitioner currently has access to the law library with no special restrictions.

      Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's obligation to inform the court of petitioner's access to his legal property is discharged; no further briefing regarding petitioner's past access to his legal property is required;

1

2. Petitioner is granted thirty days from the date of this order to file a response to respondent's motion to dismiss; no further requests for extensions of time to file the opposition will be granted;

3. Petitioner's September 15, 2021 motion for an extension of time to file his opposition (ECF No. 42) is denied as unnecessary.

Dated:  November 9, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Br1746.ord(2)