UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY BROWN,<br><br>                      Petitioner,<br><br>         v.<br><br>DAVID BAUGHMAN,<br><br>                      Respondent. | No.  2:20-cv-01746-TLN-KJN<br><br>**ORDER** |

Petitioner, a state prisoner proceeding *pro se*, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 12, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 55.)  Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed May 12, 2022, (ECF No. 55), are adopted;

2. Petitioner's Motion to Stay, (ECF No. 13), is DENIED;

3. Respondent's Motion to Dismiss, (ECF No. 16), is GRANTED except for Petitioner's claim based on Senate Bill 620;

4. Petitioner's claim based on Senate Bill 620 is DISMISSED for failing to state a cognizable claim for relief; and

5. The Court declines to issue the Certificate of Appealability referenced in 28 U.S.C. § 2253.

**DATED: July 12, 2022**

Troy L. Nunley
United States District Judge